IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 cr 20-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| RAYMOND M. CHAPMAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** has come before the undersigned, pursuant to a motion filed by counsel for defendant entitled "Motion to Continue" (#31). This motion seeks the continuance of an arraignment hearing and status of counsel hearing in regard to a co-defendant. At the call of this matter it appeared the government did not object to the motion and good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE, ORDERED** that the motion entitled "Motion to Continue" (#31) is hereby **ALLOWED** and the arraignment hearing and inquiry into status of counsel in this matter is continued until **May 3, 2012 at 9:30 a.m.** in Courtroom #2 of the United States Courthouse in Asheville, NC.

Signed: May 2, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge