# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 cr 20-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| AVERY TED "BUCK" CASHION, III, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the court pursuant to a Motion to Amend Conditions of Pretrial Release (#76) filed by counsel for defendant. It appeared to the Court at the call of this matter on for hearing that defendant was present with his counsel Sean P. Devereux and the government was present and represented through Assistant United States Attorney David Thorneloe. After hearing arguments from counsel for defendant and arguments from the government concerning the matters in dispute, the undersigned has determined to enter an order allowing the motion (#76). The reasons for the granting of the motion are as set forth on the record in this matter.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Motion to Amend Conditions of Pretrial Release (#76) is hereby **ALLOWED** and the conditions of the pretrial release of defendant are amended as set forth in the Amended Order (#83) filed in this matter.

Signed: August 22, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge