THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) |
| | ) |
| (1) AVERY TED "BUCK" CASHION, III; | )  **O R D E R** |
| (3) RAYMOND M. "RAY" CHAPMAN; | ) |
| (4) THOMAS E. "TED" DURHAM, JR.; | ) |
| (5) KEITH ARTHUR VINSON; | ) |
| (6) GEORGE M. GABLER; and | ) |
| (7) AARON OLLIS. | ) |

**THIS MATTER** is before the Court on the parties' Joint Motion for Status Conference [Doc. 117]. The parties request a status conference for the purpose of discussing the setting of a peremptory trial date as well as the entry of a scheduling order for the filing of motions and disclosure of experts. [Doc. 117].

This matter is currently scheduled for trial during the Court's March 4, 2013 trial term. It is currently the first matter to be heard on the docket. As such, the parties' request for a peremptory setting is unnecessary. As for the timing of motions and expert disclosures, those matters are adequately addressed by the Court's Standard Arraignment and Criminal Discovery

Orders as well as the Federal Rules of Criminal Procedure. Accordingly, the parties' request for a status conference is denied.

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Status Conference [Doc. 117] is **DENIED**.

**IT IS SO ORDERED.**

Signed: January 11, 2013

Martin Reidinger
United States District Judge