**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH-2**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **JOAN LUSK CASHION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

  **THIS MATTER** is before the Court on the Government's Motion to Dismiss Without Prejudice [Doc. 136].

  For the reasons stated therein, and for good cause shown, the Court will grant the Government's Motion.

  **IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 136] is **GRANTED**, and the counts set forth in the Bill of Indictment against the Defendant Joan Cashion are hereby **DISMISSED WITHOUT PREJUDICE**.

  **IT IS SO ORDERED.**  Signed: January 30, 2013

Martin Reidinger
United States District Judge