THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| (5) KEITH ARTHUR VINSON, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Adopt Co-Defendant's Motion [Doc. 126].

For the reasons stated therein, and for good cause shown, the Court will grant the Defendant's Motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 126] is **GRANTED**, and Defendant Vinson is hereby allowed to adopt the Motion to Strike Surplusage filed by his co-defendant Thomas E. Durham.

**IT IS SO ORDERED.**   Signed: January 30, 2013

Martin Reidinger
United States District Judge