# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH-6

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GEORGE M. GABLER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Adopt Co-Defendant Durham's Motion to Strike Surplusage [Doc. 142] and the Defendant's own Motion to Strike Surplusage from Indictment [Doc. 143].

For the reasons stated therein, and for good cause shown, the Court will allow Defendant Gabler to adopt Defendant Durham's motion. Further, in the interest of judicial economy, the Court will allow the Government to file a single response to the Motions to Strike.

**IT IS, THEREFORE, ORDERED** that Defendant Gabler's Motion to Adopt Co-Defendant Durham's Motion to Strike Surplusage [Doc. 142] is **ALLOWED**.

**IT IS FURTHER ORDERED** that the Government shall file a single response to the Defendants' Motions to Strike on or before **February 15, 2013**.

**IT IS SO ORDERED.**

Signed: February 5, 2013

Martin Reidinger
United States District Judge