# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CR 20-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| KEITH ARTHUR VINSON. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Adopt Codefendant's Motion (#154) filed by counsel for Defendant. In the motion, Defendant requests that he be allowed to adopt the motion filed by the co-defendant Avery Cashion entitled "Motion to Compel Compliance with ESI Protocols" (#153). It appears that good cause has been shown for the granting of the motion and it further appears that the government does not object to the motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Adopt Codefendat's Motion (#154) is hereby **ALLOWED** and the defendant Keith Arthur Vinson is allowed to adopt the motion filed by defendant Avery Cashion entitled "Motion to Compel Compliance with ESI Protocols" (#153).

Signed: March 22, 2013

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge