IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CR 20-6

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| GEORGE M. GABLER. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Adopt Co-Defendant Cashion's Motion to Compel the Government to Comply with the Electronically Stored Information Discovery Guidelines (#160) filed by counsel for Defendant. It appears from the motion that defendant George M. Gabler requests that he be allowed to adopt the motion filed by the co-defendant Avery Ted Cashion, III entitled "Motion to Compel Compliance with ESI Protocols" (#153). It appears that good cause has been shown for the granting of the motion and it further appears that the government does not object to the motion.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion to Adopt Co-Defendant Cashion's Motion to Compel the Government to Comply with the Electronically Stores Information Discovery Guidelines (#160) is hereby **ALLOWED** and the

defendant George M. Gabler is allowed to adopt the motion filed by defendant Avery Cashion entitled "Motion to Compel Compliance with ESI Protocols" (#153).

Signed: March 22, 2013

Dennis L. Howell
United States Magistrate Judge