IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CR 20-1

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                                  ) | |
| Vs.                                                           ) | ORDER |
|                                                                  ) | |
| AVERY TED "BUCK" CASHION, III.  ) | |
|                                                                  ) | |
| _____  ) | |

**THIS MATTER** came on for hearing before the undersigned pursuant to a Motion to Compel the Government to Comply with Electronically stored Information Discovery Guidelines (#153) filed by counsel for Defendant. A hearing was held in regard to the motion on March 18, 2013. After hearing arguments from counsel for Defendant and Defendants Raymond M. Chapman, Thomas E. Durham, and Keith Arthur Vinson and arguments from the government, the undersigned was presented with a request that a period of time be granted to see if the government and the defendants could agree to the method of disclosure of the electronically stored information in this case. After hearing this proposal, the undersigned held the matter open for further hearings that were to occur on March 27, 2013 in regard to the motion.

On March 26, 2013, the undersigned received communications from the parties in which the parties requested that the March 27, 2013 hearing be continued

to give additional time for the parties and the government to further negotiate in regard to the motion. The undersigned determined that it was in the best interest of justice to continue the hearing and has now set the hearing for 2:00 o'clock p.m. on April 3, 2013.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Compel the Government to Comply with Electronically Stored Information Discovery Guidelines (#153) is hereby **continued until April 3, 2013 at 2:00 o'clock p.m**. The undersigned shall at that time hear any further arguments and shall determine the matter if the parties have not reached an agreement.

Signed: March 28, 2013

*[signature]*

Dennis L. Howell
United States Magistrate Judge